INJAH UNIQUE TAFARI, Also Known as RICHARDO ORLANDO FOUST, Appellant, v LUCIEN LECLAIRE et al., Respondents.

Submitted November 21, 2016; decided January 5, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of ANTHONY C.M. III. SCO FAMILY OF SERVICES, Respondent; ANTHONY C.M., Also Known as ANTHONY M. and Others, et al., Respondents. (Proceeding No. 1.)

In the Matter of DEMARCO M., Also Known as DEMARCO P. SCO FAMILY OF SERVICES, Respondent; ANTHONY C.M., Also Known as ANTHONY M. and Others, et al., Respondents. (Proceeding No. 2.)

In the Matter of JUSTICE R.M., Also Known as JUSTICE M. and Another. SCO FAMILY OF SERVICES, Respondent; ANTHONY C.M., Also Known as ANTHONY M. and Others, Appellant, et al., Respondents. (Proceeding No. 3.)

In the Matter of SAMANTHA V.M., Also Known as SAMANTHA M. and Another. SCO FAMILY OF SERVICES, Respondent; ANTHONY C.M., Also Known as ANTHONY M. and Others, Appellant, et al., Respondents. (Proceeding No. 4.)

Submitted September 19, 2016; decided December 15, 2016

Reported below, 141 AD3d 718.

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

BEECHWOOD POB, LLC, Respondent, v RICHARD A. BRUMMELL, Appellant, et al., Defendant.

Decided December 15, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does